NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3190

WAHEEDAT SADIQ,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Jason C. Crump, Smith Graham & Crump, LLC, of Largo, Maryland, argued for petitioner.

Maame A.F. Ewusi-Mensah, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Mark A. Melnick, Assistant Director. Of counsel on the brief was Isaac J. Natter, Assistant Counsel, Office of General Counsel, National Navel Medical Center, of Bethesda, Maryland.

Appealed from: United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2007-3190

WAHEEDAT SADIQ,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

# Judgment

ON APPEAL from          AN ARBITRATOR'S DECISION IN FMCS

In CASE NO(S).          06-05123.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, <u>Circuit Judge</u>, PLAGER, <u>Senior Circuit Judge</u> and LOURIE, <u>Circuit Judge</u>):

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>December 7, 2007</u>          /s/ Jan Horbaly
                                       Jan Horbaly, Clerk